AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mark A. Hazel ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  9:10-CV-02488-RMG |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered and adjudged that the Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.


Date:   September 28, 2011                                              *CLERK OF COURT*


                                                                        s/John P. Bryan, Jr.
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*